# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SPIER, et al., | CASE NO. 1:11-cv-00817 SKO |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, et al., | (Docket No. 19) |
| Defendants. | |

Pursuant to the notice of stipulated dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice with each party to bear their own costs and fees.

IT IS SO ORDERED.

Dated:  **October 17, 2012**            **/s/ Sheila K. Oberto**
                                                            UNITED STATES MAGISTRATE JUDGE